IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-00885-WYD-MJW

HEIDI Y. ANDERSON,

    Plaintiff,

v.

MIDLAND FUNDING, LLC, a Delaware Limited Liability Company,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice [ECF No. 18], filed on August 9, 2013. After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE. Accordingly, it is

    ORDERED that the parties' Stipulated Motion To Dismiss With Prejudice [ECF No. 18] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**. Each party bears its own attorney fees and costs.

    DATED: August 12, 2013.

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior U.S. District Judge